**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | No. _____ |

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Knight First Amendment Institute at Columbia University (a private non-governmental party) certify that the Knight First Amendment Institute has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

Dated: October 4, 2017

Sincerely,

*/s/ Jameel Jaffer*

Jameel Jaffer (JJ-4653)
Alex Abdo (AA-0527)

Carrie DeCell (application for admission
    forthcoming)
Knight First Amendment Institute at
Columbia University
314 Low Library
535 West 116th Street
New York, NY 10027
jameel.jaffer@knightcolumbia.org
(212) 854-9600

*Counsel for Plaintiff*