Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Citizenship and Immigration Services
was received by me on *(date)* 10/6/2017 .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

_____
*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement
was received by me on *(date)* 10/6/2017 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of State

was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

_____
Server's signature

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Justice

was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

_____
*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection

was received by me on *(date)* 10/6/2017 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant

*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027

*Server's address*

Additional information regarding attempted service, etc: