Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___U.S. Citizenship and Immigration Services___

was received by me on *(date)* ___10/6/2017___ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.

Date: ___10/10/2017___

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement
was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of State

was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $ 0   .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Justice

was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security

was received by me on *(date)*  10/6/2017  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date:  10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant

*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection

was received by me on *(date)* 10/6/2017 .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and complaint by certified mail to: U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Department of Justice, U.S. Department of State, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2017

*Server's signature*

Kitty Ahmed, Executive Assistant

*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027

*Server's address*

Additional information regarding attempted service, etc:

```
           CATHEDRAL
         215 W 104TH ST
           NEW YORK
              NY
           10025-9998
           3596330033
10/10/2017    (800)275-8777    6:04 PM
================================================
================================================
Product              Sale         Final
Description          Qty          Price

First-Class           1           $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 5.90 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077856)
First-Class           1           $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20520)
    (Weight:0 Lb 5.90 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077863)
First-Class           1           $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20529)
    (Weight:0 Lb 5.80 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077870)
First-Class           1           $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20229)
    (Weight:0 Lb 5.80 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077887)

First-Class           1           $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20528)
    (Weight:0 Lb 5.80 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077894)
First-Class           1           $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20536)
    (Weight:0 Lb 5.80 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077900)
First-Class           1           $2.24
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 6.80 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077917)
First-Class           1           $2.24
Mail
Large Envelope
    (Domestic)
    (NEW YORK, NY  10007)
    (Weight:0 Lb 6.60 Oz)
    (Expected Delivery Day)
    (Friday 10/13/2017)
  Certified           1           $3.35
    (@@USPS Certified Mail #)
    (70171000000061077924)

Total                            $43.46

Credit Card Remitd               $43.46
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX9900)
    (Approval #:028051)
    (Transaction #:865)
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

NEW YORK, NY 10007     OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee  $3.35 | 0033 11 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy)        $ $0.00 | |
| ☐ Return Receipt (electronic)      $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required          $ | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage  $2.24 | |
| Total Postage and Fees  $5.59 | 10/10/2017 |

Sent To: Civil Process Clerk, U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 86 Chambers St. 3rd floor
City, State, ZIP+4: New York NY 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1000 0000 6107 7924

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

WASHINGTON DC 20530     OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee  $3.35 | 0033 11 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy)        $ $0.00 | |
| ☐ Return Receipt (electronic)      $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required          $ | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage  $2.24 | |
| Total Postage and Fees  $5.59 | 10/10/2017 |

Sent To: Jeff Sessions, U.S. Dept of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1000 0000 6107 7917

**Receipt 1** (7017 1000 0000 6107 7894)
Sent To: US Dept of Homeland Security
245 Murray Lane, SW
Washington DC 20528
Date: 10/10/2017

**Receipt 2** (7017 1000 0000 6107 7887)
Sent To: US Customs & Border Protection
1300 Pennsylvania Ave NW
Washington DC 20229
Date: 10/10/2017

**Receipt 3** (7017 1000 0000 6107 7900)
Sent To: US Immigration & Customs Enforcement
500 12th St. SW
Washington DC 20536
Date: 10/10/2017

**Receipt 4** (7017 1000 0000 6107 7863)
Sent To: US Dept of State
2201 C Street NW
Washington DC 20520
Date: 10/10/2017

**Receipt 5** (7017 1000 0000 6107 7856)
Sent To: US Dept of Justice
950 Pennsylvania Ave. NW
Washington DC 20530
Date: 10/10/2017

**Receipt 6** (7017 1000 0000 6107 7870)
Sent To: US Citizenship & Immigration Services
20 Massachusetts Ave NW
Washington DC 20008 (20529)
Date: 10/10/2017



# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70171000000061077924

Delivered

**Expected Delivery by:** Friday, October 13, 2017 by 8:00pm ⓘ

See More

Remove ✕

**Tracking Number:** 70171000000061077917

Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More

Remove ✕

**Tracking Number:** 70171000000061077856

Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More

Remove ✕

**Tracking Number:** 70171000000061077870

Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More

Remove ✕

**Tracking Number:** 70171000000061077900

▶ ▶ ▶ Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More ⌄

Remove ✕

**Tracking Number:** 70171000000061077863

▶ ▶ ▶ Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More ⌄

Remove ✕

**Tracking Number:** 70171000000061077894

▶ ▶ ▶ Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More ⌄

Remove ✕

**Tracking Number:** 70171000000061077887

▶ ▶ ▶ Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**