AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent additional copies of the summons and complaint by certified mail to: the Office of Legal Counsel at the U.S. Department of State, and to the Office of the General Counsel for the U.S. Department of Homeland Security and its subagencies (U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; U.S. Citizenship and Immigration Services)

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection

was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent additional copies of the summons and complaint by certified mail to: the Office of Legal Counsel at the U.S. Department of State, and to the Office of the General Counsel for the U.S. Department of Homeland Security and its subagencies (U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; U.S. Citizenship and Immigration Services)

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2017

*Server's signature*

Kitty Ahmed, Executive Assistant

*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of State
was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent additional copies of the summons and complaint by certified mail to: the Office of Legal Counsel at the U.S. Department of State, and to the Office of the General Counsel for the U.S. Department of Homeland Security and its subagencies (U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; U.S. Citizenship and Immigration Services)

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Citizenship and Immigration Services
was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent additional copies of the summons and complaint by certified mail to: the Office of Legal Counsel at the U.S. Department of State, and to the Office of the General Counsel for the U.S. Department of Homeland Security and its subagencies (U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; U.S. Citizenship and Immigration Services)

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement
was received by me on *(date)* 10/6/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent additional copies of the summons and complaint by certified mail to: the Office of Legal Counsel at the U.S. Department of State, and to the Office of the General Counsel for the U.S. Department of Homeland Security and its subagencies (U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; U.S. Citizenship and Immigration Services)

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2017

*Server's signature* Kj

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc: