```
=====================================
       COLUMBIA UNIVERSITY
         534 W 112TH ST
           NEW YORK
              NY
           10025-9991
          3596360036
11/02/2017   (800)275-8777   4:53 PM
=====================================
=====================================
Product                 Sale     Final
Description             Qty      Price

First-Class              1       $2.03
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20522)
    (Weight:0 Lb 5.70 Oz)
    (Expected Delivery Date)
    (Saturday 11/04/2017)
Certified                1       $3.35
    (@@USPS Certified Mail #)
    (70171000000061236925)
First-Class              1       $2.24
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20528)
    (Weight:0 Lb 6.10 Oz)
    (Expected Delivery Date)
    (Saturday 11/04/2017)
Certified                1       $3.35
    (@@USPS Certified Mail #)
    (70171000000061236932)

Total                           $10.97

Credit Card Remitd              $10.97
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX9900)
   (Approval #:043939)
   (Transaction #:223)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
WASHINGTON, DC 20522    OFFICIAL USE

Certified Mail Fee  $3.35    0036
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00    Postmark Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.03
Total Postage and Fees  $5.38

Sent To: Exec. Offic - Office of Legal Advisor Dept. of State
Street and Apt. No., or PO Box No.: 600 19th St., NW Suite S.600
City, State, ZIP+4: Washington DC 20522

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
WASHINGTON, DC 20528    OFFICIAL USE

Certified Mail Fee  $3.35    0036
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00    Postmark Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.24
Total Postage and Fees  $5.59

Sent To: Office of General Counsel - Dept. of Homeland Sec.
Street and Apt. No., or PO Box No.: 245 Murray Ln, SW Mailstop 0485
City, State, ZIP+4: Washington DC 20528-0485

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking® Results

Tracking / FAQs

**Track Another Package** +

Remove ✕

**Tracking Number:** 70171000000061236925

**Delivered**

**Expected Delivery on:** Tuesday, November 7, 2017 by 8:00pm ⓘ

See More ˅

Remove ✕

**Tracking Number:** 70171000000061236932

**Delivered**

**Expected Delivery on:** Monday, November 6, 2017 by 8:00pm ⓘ

See More ˅