

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2017

<u>By ECF and Electronic Mail</u>
The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Knight First Amendment Institute at Columbia University  v. United States Department of Homeland Security et al.</u>, 17 Civ. 7572 (ALC)

Dear Judge Carter:

      This Office represents the United States Department of Homeland Security, United States Customs and Border Protection, United States Immigration and Customs Enforcement, United States Citizenship and Immigration Services, United States Department of Justice, and United States Department of State (collectively, the "government") in the above-referenced Freedom of Information Act ("FOIA") action.  I write respectfully to request an extension of time, from November 13, 2017, to December 28, 2017, for the government to respond to the complaint. Plaintiff consents to this request.

      This Office was served with the summons and complaint on October 13, 2017, and the government's response is due today, November 13, 2017.  *See* Fed. R. Civ. P. 12(a)(2) (providing that the United States and its agencies shall respond to a complaint within sixty days after service on the United States attorney); 5 U.S.C. § 552(a)(4)(C) (providing that the government shall respond to a FOIA complaint within thirty days after service). [1]  Because this FOIA action involves six defendant agencies and components, and three additional components within the Department of Justice, the government respectfully requests additional time, until December 28, 2017, to review the relevant materials and coordinate its response to the complaint.

      This is the government's first request for an extension of time to respond to the complaint.

---

[1] I apologize for the late nature of this request; I was out of the office at the end of last week when plaintiff provided consent to the government's extension request.

I thank the Court for its consideration of this request.

        Respectfully,

        JOON H. KIM
        Acting United States Attorney

By:   */s/ Ellen Blain*
        ELLEN BLAIN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.   (212) 637-2743
        Fax   (212) 637-2730

cc:   Caroline M. DeCell, *counsel for Plaintiff* (by electronic mail)