UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>                Plaintiff,<br><br>                v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>                Defendants. | No. 1:17-cv-07572 (ALC) |

## STIPULATION OF VOLUNTARY DISMISSAL OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant U.S. Immigration and Customs Enforcement pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| GEOFFREY S. BERMAN<br>United States Attorney<br><br>  */s/ Ellen Blain*<br><br>ELLEN BLAIN<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel. (212) 637-2743 | KNIGHT FIRST AMENDMENT<br>INSTITUTE AT COLUMBIA UNIVERSITY<br><br>*/s/ Jameel Jaffer*<br><br>Jameel Jaffer (JJ-4653)<br>Alex Abdo (AA-0527)<br>Carrie DeCell (application for admission<br>   forthcoming)<br>206 Kent Hall |

Fax (212) 637-2730
Email ellen.blain@usdoj.gov

*Counsel for Defendants*

Dated: January 11, 2018

1140 Amsterdam Ave.
New York, NY 10027
jameel.jaffer@knightcolumbia.org
(212) 854-9600

*Counsel for Plaintiff*

Dated: January 11, 2018