**KNIGHT FIRST AMENDMENT INSTITUTE**
at Columbia University

January 11, 2018

**Via ECF and Email**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    *Knight First Amendment Institute v. U.S. Department of Homeland Security, et al.,* **Case No. 17-CV-7572 (ALC)**

Dear Judge Carter,

    Counsel for Plaintiff write because it has come to our attention that we neglected to file a response to the government's letter requesting a conference in connection with its proposed motion to dismiss U.S. Immigration and Customs Enforcement ("ICE") from the above-referenced action. Defs.' Letter dated Dec. 28, 2017, ECF No. 28. We apologize to the Court for this oversight. Since the government filed its letter, however, the parties have conferred and have agreed that ICE should be dismissed without prejudice. Accordingly, Plaintiffs today have filed a stipulation of voluntary dismissal of ICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Respectfully,

    */s/ Jameel Jaffer*

    Jameel Jaffer (JJ-4653)
    Alex Abdo (AA-0527)
    Carrie DeCell (motion for
       admission forthcoming)
    Knight First Amendment Institute
       at Columbia University
    206 Kent Hall
    1140 Amsterdam Avenue
    New York, NY 10027
    (212) 854-9600
    jameel.jaffer@knightcolumbia.org

    *Counsel for Plaintiff*

2

cc: Ellen Blain, Esq. (via Email)