UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

Knight First Amendment                                   Case No.  1:17-cv-07572 (ALC)
Institute at Columbia University   Plaintiff,

    -against-
U.S. Department of Homeland
Security, et al.                    Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jameel Jaffer**

FILL IN ATTORNEY NAME

My SDNY Bar Number is: JJ-4653     My State Bar Number is 3064201

I am,

[✔] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Knight First Amendment Institute at Columbia Univ.
               FIRM ADDRESS:  535 W. 116th Street, New York, NY 10027
               FIRM TELEPHONE NUMBER: 212-854-9600
               FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME:  Knight First Amendment Institute at Columbia Univ.
               FIRM ADDRESS:  475 Riverside Drive, Suite 302, New York, NY 10115
               FIRM TELEPHONE NUMBER: 646-745-8500
               FIRM FAX NUMBER:

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: 02/06/2018                    _____
                                   ATTORNEY'S SIGNATURE