```
                                              USDC SDNY
                                              DOCUMENT ELECTRONICALLY
                                              FILED
UNITED STATES DISTRICT COURT                  DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 2-12-18
```

------------------------------------------------------- x

KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY,

                       Plaintiff,               1:17-cv-7572-ALC

                 -against-               **ORDER**

U.S. DEPARTMENT OF HOMELAND
SECURITY, ET AL.,

                     Defendants.

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a status conference in this matter on February 23, 2018 at 3:00 p.m. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated:  February 12, 2018
          New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**