UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | No. 1:17-cv-07572-ALC |

## **MOTION FOR ADMISSION PRO HAC VICE**[1]

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Megan Graham hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Knight First Amendment Institute at Columbia University in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

---

[1] The caption of this case has been changed to reflect the voluntary dismissal without prejudice of defendant U.S. Immigration and Customs Enforcement on January 16, 2018. ECF No. 31.

Dated: February 15, 2018

Respectfully Submitted,

*[signature: Megan K. Graham]*

Megan Graham

Samuelson Law, Technology & Public Policy
   Clinic at UC Berkeley School of Law
354 Boalt Hall
Berkeley, CA  94720-7200

Telephone: (510) 664-4381
Facsimile: (510) 643-4625
Email: mgraham@clinical.law.berkeley.edu