# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | No. 1:17-cv-07572-ALC |

## AFFIDAVIT OF MEGAN GRAHAM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE[1]

In accordance with Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Megan Graham, state as follows:

1. I am an attorney with the Samuelson Law, Technology & Public Policy Clinic at UC Berkeley School of Law. My office address is UC Berkeley School of Law, 354 Boalt Hall, Berkeley, CA 94720-7200; telephone number is (510) 664-4381; facsimile number is (510) 643-4625; and email address is mgraham@clinical.law.berkeley.edu.

2. I am a member in good standing of the bar of the state of New York. A Certificate of Good Standing is attached to this Affidavit.

---

[1] The caption of this case has been changed to reflect the voluntary dismissal without prejudice of defendant U.S. Immigration and Customs Enforcement on January 16, 2018. ECF No. 31.

1

3. I have never been convicted of a felony. I am not currently, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. I have never been the subject of disciplinary proceedings by the bar or courts of any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2018

Respectfully Submitted,

*Megan K. Graham* (signature)

Megan Graham

Sworn to before me on this
15th day of February, 2018

*see attached*

_____
Notary Public

Samuelson Law, Technology & Public Policy
  Clinic at UC Berkeley School of Law
354 Boalt Hall
Berkeley, CA  94720-7200

Telephone: (510) 664-4381
Facsimile: (510) 643-4625
Email: mgraham@clinical.law.berkeley.edu

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

~~1~~ _____

~~2~~ _____

~~3~~ _____

~~4~~ _____

~~5~~ _____

~~6~~ _____     _____
     *Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Alameda__

Subscribed and sworn to (or affirmed) before me on this __15__ day of __Feb.__, 20__18__,
            Date          Month        Year
by
(1) __Megan Graham__

(and (2)_____),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
         *Signature of Notary Public*

FARRAH FANARA
Notary Public – California
Alameda County
Commission # 2208218
My Comm. Expires Jul 31, 2021

*Place Notary Seal Above*

——————— **OPTIONAL** ———————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____  Document Date: _____

Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910