UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | No. 1:17-cv-07572-ALC<br><br>**(Draft)**<br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Megan Graham, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of New York; and that her contact information is as follows:

> Megan Graham
> Samuelson Law, Technology & Public Policy Clinic at UC Berkeley
>     School of Law
> 354 Boalt Hall
> Berkeley, CA  94720-7200
> Telephone: (510) 664-4381
> Facsimile: (510) 643-4625
> Email: mgraham@clinical.law.berkeley.edu

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Knight First Amendment Institute at Columbia University in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York. All

1

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                                  Andrew L. Carter, Jr.
                                                 United States District Judge