

University of California, Berkeley
School of Law
354 Boalt Hall
Berkeley, CA 94720-7200
Tel: (510) 664-4381
Fax: (510) 643-4625

**_By ECF and Electronic Mail_**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1306
New York, New York 10007

      Re:    <u>Knight First Amendment Institute at Columbia University v. United States Department of Homeland Security, et al.</u>, 17 Civ. 7572 (ALC)

Dear Judge Carter:

    I am writing to request your permission to appear telephonically with Catherine Crump at the February 23, 2018 status conference. We are co-counsel for Plaintiff Knight First Amendment Institute at Columbia University ("Knight Institute") and based out of California. Lead counsel for the Knight Institute will appear in person at the status conference. Counsel for Defendants has consented to this arrangement.

    Thank you for your consideration of this matter.

    Respectfully,

    /s/ *Megan Graham*

Megan Graham (*pro hac vice*)
Catherine Crump (CC-4067)
Samuelson Law, Technology & Public Policy
   Clinic
U.C. Berkeley School of Law
354 Boalt Hall
Berkeley, CA 94720-7200
mgraham@clinical.law.berkeley.edu
Tel: (510) 664-4381
Fax: (510) 643-4625

*Counsel for Plaintiff*

cc: Ellen Blain, Esq. (via Email)

