# EXHIBIT A

**KNIGHT FIRST AMENDMENT INSTITUTE**

at Columbia University

March 12, 2018

*Via ECF and Email*

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      **Re:**    *Knight First Amendment Institute v. U.S. Department of Homeland Security, et al.,* **Case No. 17-CV-7572 (ALC)**

Dear Judge Carter,

Pursuant to Federal Rule of Civil Procedure 15(a)(2), on March 8, 2018, Defendants' counsel provided written consent for the filing of an amended complaint. Attached hereto as Exhibit 1 is the email reflecting that consent.

Respectfully,

*/s/ Jameel Jaffer*                  */s/ Catherine Crump*

| | |
|---|---|
| Jameel Jaffer (JJ-4653) | Catherine Crump (CC-4067) |
| Alex Abdo (AA-0527) | Megan Graham (*pro hac vice*) |
| Carrie DeCell (CD-0731) | Samuelson Law, Technology & |
| Knight First Amendment Institute |    Public Policy Clinic |
|    at Columbia University | University of California, Berkeley, |
| 475 Riverside Drive, Suite 302 |    School of Law |
| New York, NY 10115 | 433 Boalt Hall, North Addition |
| jameel.jaffer@knightcolumbia.org | Berkeley, CA 94720-7200 |
| (646) 745-8500 | ccrump@clinical.law.berkeley.edu |
| | (510) 642-5049 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

cc: Ellen Blain, Esq. (via Email)

# EXHIBIT 1

**Subject:** RE: Knight v. DHS et al., 17 Civ. 7572 (SDNY)
**Date:** Thursday, March 8, 2018 at 9:05:53 AM Eastern Standard Time
**From:** Blain, Ellen (USANYS)
**To:** Carrie DeCell

Carrie,
The government consents to plaintiff filing an amended complaint to add ICE as a defendant in connection with the FOIA request at issue.  Thanks,
Ellen

Ellen Blain
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007
Tel. (212) 637-2743
Fax (212) 637-2730

**From:** Carrie DeCell [mailto:Carrie.DeCell@knightcolumbia.org]
**Sent:** Thursday, March 8, 2018 8:32 AM
**To:** Blain, Ellen (USANYS) <EBlain@usa.doj.gov>
**Subject:** Knight v. DHS et al., 17 Civ. 7572 (SDNY)

Hi Ellen,

Following up on our conversation earlier this week, would you please confirm that the government consents to the filing of an amended complaint in this case?

Thanks very much,

Carrie

--
Carrie DeCell
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115
carrie.decell@knightcolumbia.org | 646 745-8505