# EXHIBIT G

**Subject:** ICE FOIA Request 2018-ICAP-00118
**Date:**   Tuesday, February 13, 2018 at 11:49:59 AM Eastern Standard Time
**From:**   ice-foia@dhs.gov
**To:**     Carrie DeCell

February 13, 2018

Caroline DeCell
Knight First Amendment Institute
314 Low Library
535 West 116th Street
New York, NY 10027


**RE:     ICE FOIA Case Number 2018-ICAP-00118**

Dear Ms. DeCell:

 This letter is an update as to the status of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated December 21, 2017, and received in this office on December 27, 2017.  Your request sought, inter alia, records regarding any new immigration vetting policies, the government's understanding of its authority to base immigration decisions on individuals' speech, beliefs, or associations, and the government's reliance on specific statutory provisions to exclude or remove individuals from the United States on those grounds.

For your information, document(s) potentially responsive to your request have been located and forwarded to this office for review.  We are estimating approximately 14,000 pages of potentially responsive documents. We will process your request as expeditiously as possible. Due to the extremely high volume of records we would like to commit to reviewing and processing a minimum of 500 pages per month.  Upon completion of the review and processing, we would produce all responsive and non-exempt portions.  We are in a position to send out the first production on March 7, 2018.  Subsequent production would be sent out on the 7th of each month, provided the 7th is a business day. If the 7th is not a business day the production would be sent out on the next business day.

If you have any questions or would like to discuss this matter, you may contact this office at (866) 633-1182. Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.


Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
Telephone: 1-866-633-1182
Visit our FOIA website at www.ice.gov/foia