



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 13, 2018

**<u>By ECF and Electronic Mail</u>**
The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>Knight First Amendment Institute at Columbia University v. United States Department of Homeland Security, et al.</u>, 17 Civ. 7572 (ALC)

Dear Judge Carter:

      This Office represents the United States Department of Homeland Security, United States Customs and Border Protection, United States Immigration and Customs Enforcement ("ICE"), United States Citizenship and Immigration Services, United States Department of Justice, and United States Department of State (collectively, "Defendants") in the above-referenced Freedom of Information Act ("FOIA") action. I write respectfully on behalf of both parties to provide a status update, pursuant to the joint status report filed on April 9, 2018, and so-ordered by the Court on April 13, 2018, Dkt. Nos. 48 & 49.

      As we indicated in the joint status report, *see* Dkt. No. 48 at ¶¶ 34-35, the parties have been negotiating a processing rate regarding ICE's response to the FOIA request. The parties have not reached an agreement and therefore jointly and respectfully propose to brief the issue consistent with the briefing schedule adopted by the Court earlier today: ICE will file a letter brief and supporting declarations by April 20, 2018, and plaintiffs will file a responsive letter brief by May 4, 2018.

Hon. Andrew L. Carter, Jr.
Page 2

    We thank the Court for its consideration of this matter.

                                        Respectfully,

                                        GEOFFREY S. BERMAN
                                      United States Attorney

                             By:  */s/ Ellen Blain*
                                      ELLEN BLAIN
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Tel.   (212) 637-2643
                                      Email  ellen.blain@usdoj.gov

cc:
Carrie DeCell, Esq. (By Electronic Mail)