| FOIA LITIGATION CASES IN WHICH THE DEPARTMENT OF STATE IS COMMITTED[1] TO A PRODUCTION SCHEDULE | | | | |
|---|---|---|---|---|
| **Case No.** | **Court** | **Case Name** | **Judge** | **Processing Rate/Production Frequency** |
| 15-cv-02117 | D.D.C. | *Leopold v. DOJ* | Moss | 1,850 pages/month (However, additional production deadlines may require review in excess of 1,850 pages/month) |
| 18-cv-00659 | S.D.N.Y. | *National Immigration Project of the National Lawyers Guild et al. v. DHS et al.* | Abrams | 1,500 pages/month |
| 14-cv-01760 | D.D.C. | *Leopold v. State* | Chutkan | 700 pages/month |
| 14-cv-01771 | D.D.C. | *Leopold v. State* | Jackson | 700 pages/month on average |
| 16-cv-00423 | D.D.C. | *Citizens United v. State* | Mehta | 650 pages/month |
| 17-cv-00770 | D.D.C. | *National Security Archives v. State* | Kollar-Kotelly | 600 pages/month |
| 15-cv-01720 | D.D.C. | *Citizens United v. State* | Collyer | 500 pages/month |
| 15-cv-00687 | D.D.C. | *Judicial Watch v. State* | Boasberg | 500 pages/month (However, additional production deadlines may require review in excess of 500 pages/month) |
| 17-cv-01898 | D.D.C. | *CPI v. State* | Lamberth | 500 pages/month |
| 16-cv-02516 | D.D.C. | *ACLJ v. State* | Boasberg | 400 pages/month |
| 16-cv-00067 | D.D.C. | *Citizens United v. State* | Cooper | 300 pages/month |
| 16-cv-00221 | D.D.C. | *ACLU v. DHS, et al.* | Kollar-Kotelly | 300 pages/month |
| 17-cv-00205 | D.D.C. | *Judicial Watch v. State* | Cooper | 300 pages/month |
| 17-cv-00340 | D.D.C. | *EELI v. State* | Howell | 300 pages/month |
| 17-cv-01425 | D.D.C. | *ACLJ v. NSA/State* | McFadden | 400 pages/month |
| 15-cv-00999 | D.D.C. | *Leopold, et al. v. NSA, et al.* | Mehta | Monthly productions; no monthly min |

---

[1] This list includes cases in which a production schedule has either been ordered by a District Court or in which the Department has represented to the Court that it will produce documents on a certain schedule.

1

*Knight First Amendment Institute v. DHS et al.*
1:17-cv-07572-ALC
Stein Declaration
EXHIBIT 1

| FOIA LITIGATION CASES IN WHICH THE DEPARTMENT OF STATE IS COMMITTED[1] TO A PRODUCTION SCHEDULE | | | | |
|---|---|---|---|---|
| Case No. | Court | Case Name | Judge | Processing Rate/Production Frequency |
| 16-cv-00656 | D.D.C. | *Judicial Watch v. State* | Sullivan | Monthly productions; no monthly min |
| 17-cv-00118 | D.D.C. | *Federation of American Immigration Reform v. State* | Mehta | Monthly productions; no monthly min |
| 17-cv-00729 | D.D.C. | *Judicial Watch v. State, et al.* | Contreras | Monthly productions; no monthly min |
| 17-cv-01799 | N.D. CA | *Currier v. DHS et al.* | Corley | Monthly productions; no monthly min |
| 17-cv-00864 | D.D.C. | *Judicial Watch v. State* | Sullivan | Monthly productions; no monthly min |
| 16-cv-01975 | D.D.C. | *ACLJ v. State* | McFadden | Monthly productions; no monthly min |
| 17-cv-01525 | D.D.C. | *Leopold, et al. State* | Friedrich | Monthly productions; no monthly min |
| 17-cv-01585 | D.D.C. | *Terry, et al. v. State* | Sullivan | Monthly productions; no monthly min |
| 17-cv-02685 | D.D.C. | *Victor Avila, Jr. et al. v. DOS* | Contreras | Monthly productions; no monthly min |
| 13-cv-01876 | D.D.C. | *DIBC v. State, et al.* | Collyer | Every two months; no monthly minimum |
| 16-cv-01256 | D.D.C. | *ACLU v. CIA, et al.* | Sullivan | Every eight(8) weeks; no monthly min |
| 17-cv-01061 | D.Ct. | *Council on American-Islamic Relations – Connecticut et al. v. USCIS et al.* | Covello | Every eight(8) weeks; no monthly min |
| 16-cv-01751 | D.D.C. | *ACLJ v. State* | Kollar-Kotelly | Every six(6) weeks; no monthly min |
| 16-cv-02517 | D.D.C. | *Leopold, et al. v. ODNI, et al.* | Kollar-Kotelly | Every six(6) weeks; no monthly min |

| **FOIA LITIGATION CASES IN WHICH THE DEPARTMENT OF STATE IS COMMITTED[1] TO A PRODUCTION SCHEDULE** | | | | |
|---|---|---|---|---|
| **Case No.** | **Court** | **Case Name** | **Judge** | **Processing Rate/Production Frequency** |
| 17-cv-03329 | E.D.N.Y., Mann | *Cox v. DOJ, et al.* | Mauskopf (referred to Mann) | Large-scale production with final production deadline but no monthly minimum |
| 16-cv-02027 | D.D.C. | *Judicial Watch v. State* | McFadden | Monthly productions with final production deadline but no monthly minimum |
| 17-cv-02032 17-cv-02438 | D.D.C. | *Competitive Enterprise Institute v. State* | Mehta | Monthly productions with no monthly minimum |
| 17-cv-0937 | D.D.C. | *Center for Biological Diversity v. State* | Chutkan | Monthly productions with no monthly minimum |

| **FOIA LITIGATION CASES IN WHICH STATE IS MAKING PRODUCTIONS WITHOUT A DEFINED SCHEDULE** | | | |
|---|---|---|---|
| **Case No.** | **Court** | **Case Name** | **Judge** |
| 17-cv-00066 | D.D.C. | *Elgabrowny v. CIA et al.* | Chutkan |
| 17-cv-00951 | D.D.C. | *Scoville v. State* | Chutkan |
| 17-cv-02080 | D.D.C. | *Muslim Advocates et al. v. DOS et al.* | Chutkan |

| **RECENTLY FILED FOIA LITIGATION CASES IN WHICH STATE ANTICIPATES IT WILL MAKE MONTHLY PRODUCTIONS** | | | |
|---|---|---|---|
| **Case No.** | **Court** | **Case Name** | **Judge** |
| 17-cv-07572 | S.D.N.Y. | *Knight First Amendment Institute at Columbia University v. DHS et al.* | Carter |
| 17-cv-02225 | D.D.C. | *Protect Democracy Project v. State* | Bates |
| 17-cv-02177 | D.D.C. | *Government Accountability Project et al. v. DOS* | Sullivan |
| 17-cv-02489 | D.D.C. | *Judicial Watch v. DOS* | Boasberg |
| 18-cv-00300 | D.D.C. | *Judicial Watch v. DOS* | Kelly |
| 18-cv-00276 | D.D.C. | *Competitive Enterprise Institute v. State* | Jackson |
| 18-cv-0479 | D.D.C. | *Democracy Forward Foundation v. DOS* | Chutkan |
| 18-cv-00575 | D.D.C. | *Schaerr v. DOJ et al.* | Jackson |
| 18-cv-00464 | D.D.C. | *Campaign for Accountability v. DHS et al.* | Friederich |
| 18-cv-00374 | D.D.C. | *ACLJ v. State et al.* | Mehta |
| 18-cv-00326 | D.D.C. | *Citizens United v. State* | Cooper |