USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-23-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY,

                       **Plaintiff,**

-against-

U.S. DEPARTMENT OF HOMELAND
SECURITY, ET AL.,

                       **Defendants.**

-------------------------------------------------------------x

1:17-cv-7572 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' joint status report dated May 21, 2018. ECF No. 64. Defendant U.S. Immigration and Customs Enforcement ("ICE") shall submit a status report advising the Court how many pages of records are responsive to Plaintiff's narrowed request by June 18, 2018 or as soon as ICE completes its responsiveness review, whichever is sooner. Defendant U.S. Department of Justice-Office of Legal Counsel ("DOJ-OLC") shall submit a declaration by May 28, 2018 explaining in more detail the bases for its proposed production schedule.

**SO ORDERED.**

**Dated:** May 23, 2018
          New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**