USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/31/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>        **Plaintiff,**<br><br> -against-<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>        **Defendants.** | 1:17-cv-7572 (ALC)<br><br>**ORDER** |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendant U.S. Department of Justice-Office of Legal Counsel ("DOJ-OLC")'s declaration dated May 29, 2018. ECF No. 66. The Court hereby orders DOJ-OLC to complete its processing and production of all responsive documents no later than July 16, 2018. Furthermore, DOJ-OLC should produce those documents that they identify as responsive to Plaintiff's request on a rolling basis. The Court determines that this schedule provides a reasonable time frame for DOJ-OLC to respond to Plaintiff's request.

**SO ORDERED.**

Dated:  May 31, 2018
    New York, New York

                    _/s/ Andrew L. Carter, Jr._
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**