AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Knight First Amendment Institute at Columbia University ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-07572-ALC |
| U.S. Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University     .

Date:     12/18/18

*/s/ Carrie DeCell*
*Attorney's signature*

Carrie DeCell (CD-0731)
*Printed name and bar number*

Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

carrie.decell@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

*FAX number*