UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Knight First Amendment Institute
at Columbia University      Plaintiff,

Case No.   1:17-cv-07572

-against-

U.S. Department of
Homeland Security et al.      Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔]   I have cases pending            [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Caroline DeCell**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CD0731       My State Bar Number is   5055587

I am,
[✔]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  Knight First Amendment Institute At Columbia University
                FIRM ADDRESS: 206 Kent Hall, New York, NY 10027
                FIRM TELEPHONE NUMBER:  (212)-854-1607
                FIRM FAX NUMBER:

NEW FIRM:       FIRM NAME:  Knight First Amendment Institute At Columbia University
                FIRM ADDRESS: 475 Riverside Drive, Suite 302, New York, NY 10115
                FIRM TELEPHONE NUMBER:  (646)-745-8500
                FIRM FAX NUMBER:

[✔]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/1/2019

*Caroline DeCell*
ATTORNEY'S SIGNATURE