```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT ELECTRONICALLY
                                                FILED
------------------------------------------- x   DOC#: _____
Knight First Amendment Institute at         :   DATE FILED: 7-2-19
Columbia University,                        :
                                            :
                        Plaintiff,          :
                                            :   1:17-cv-07572-ALC
            -against-                       :
                                            :   ORDER
Department of Homeland Security, et al.,    :
                                            :
                        Defendant.          :
                                            :
------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated June 28, 2019 (ECF No. 123) and Defendants' letter in response dated July 1, 2019. ECF No. 124.

The Court will hold a status conference in this matter on July 9, 2019 at 3:00 p.m. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

**Dated:** July 2, 2019

    New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**