USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-8-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY,

                        Plaintiff,

            -against-

DEPARTMENT OF HOMELAND
SECURITY ET AL,

                       Defendants.

------------------------------------------------------------ x

17-cv-7572 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Due to a change in the Court's schedule, the status conference previously scheduled for July 9, 2019, is ADJOURNED to July 16, 2019, at 3:00 p.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated:   July 8, 2019
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**