USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KNIGHT FIRST AMENDMENT INSTITUTE,

                          Plaintiff,

   -against-

U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,

                         Defendants.

-------------------------------------------------------------x

1:17-cv-07572 (ALC)

**ORDER SETTING ORAL ARGUMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court hereby schedules oral argument for July 31, 2019 at 11:00 a.m. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 1306 on the date and time specified above.

      Furthermore, as discussed in the July 16, 2019 proceeding, the parties are directed to submit joint status reports on or before July 19, 2019 and August 2, 2019 respectively.

SO ORDERED.

Dated: July 17, 2019
New York, New York

                                                               **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**