USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _October 21, 2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, | |
| Plaintiff, | |
| -against- | 1:17-cv-7572 (ALC) |
| | **ORDER** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. (ECF No. 161). The parties shall file a joint status report by December 11, 2020.

**SO ORDERED.**

**Dated:**   October 21, 2020
             New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**