UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>      Defendants. | 17 Civ. 7572 (ALC)<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that United States Immigration and Customs Enforcement, United States Citizenship and Immigration Services, and United States Department of State, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinions and Orders entered in this action on September 13, 2019, September 23, 2019, and September 14, 2020.

Dated:    New York, New York
             November 12, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendants-Appellants*

By:    */s/ Ellen Blain*
ELLEN BLAIN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2743
Fax: (212) 637-2730
E-mail: ellen.blain@usdoj.gov

TO: Clerk of Court
United States Court of Appeals for the Second Circuit
United States Courthouse
500 Pearl Street
New York, New York  10007

Carrie DeCell
Attorney for Plaintiff
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, New York  10115