USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 11, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Civil Action No. 1:17-cv-07572-ALC<br><br> |

**MOTION FOR ADMISSION *PRO HAC VICE* OF XIANGNONG WANG AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Xiangnong Wang, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Knight First Amendment Institute at Columbia University in the above-captioned action.

I am in good standing of the bar of the state of Oregon and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

                Respectfully submitted,

                */s/ Xiangnong Wang*
                Xiangnong Wang
                Knight First Amendment Institute
                  at Columbia University
                475 Riverside Drive, Suite 302
                New York, NY 10115
                (646) 745-8500
                george.wang@knightcolumbia.org

Dated: November 10, 2020

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 11, 2020