```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 10, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,** | |
| Plaintiff, | |
| -against- | 1:17-cv-7572 (ALC) |
| | **ORDER** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,** | |
| Defendants. | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' letter. (ECF No. 169). Accordingly, the Court stays this matter pending the disposition of the appeal.

**SO ORDERED.**

**Dated:** December 10, 2020
New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**