UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/27/2022
```

**KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,**

             **Plaintiff,**

-against-

**U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,**

             **Defendants.**

**17-cv-7572 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to file a joint status report on or before **August 17, 2022** regarding proposed next steps. The Clerk of the Court is respectfully directed to lift the stay in this action.

**SO ORDERED.**

Dated:    July 27, 2022
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**