USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,**

                **Plaintiff,**

-against-

**U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,**

                **Defendants.**

**17-cv-7572 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the August 17, 2022 Joint Status Report. The Court will hold a telephonic conference on **September 22, 2022 at 3:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

Dated:    August 31, 2022
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**