Case 1:17-cv-07572-ALC   Document 217   Filed 07/12/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/12/2023



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>                Defendants. | No. 1:17-cv-07572-ALC |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 1.4, the undersigned counsel, Megan Graham, respectfully moves to withdraw as counsel for Plaintiff in this matter because she will be leaving the Samuelson Law, Technology & Public Policy Clinic in the coming weeks. Attorneys from the Knight First Amendment Institute at Columbia University will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

Dated: July 11, 2023              Respectfully submitted,

  s/ *Megan Graham*
Megan Graham (5400460)
Samuelson Law, Technology &
   Public Policy Clinic
353 Law Building
UC Berkeley School of Law
Berkeley, CA 94720-7200
mgraham@clinical.law.berkeley.edu
(510) 664-4381

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/12/2023