

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 1, 2024

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

   Re: *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
     No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

  I write respectfully on behalf of both parties in the above-referenced FOIA action to provide a status update.[1]

  **Background**

  As the Court is aware, various defendant agencies and components agreed to conduct a search for documents responsive to Item Number 1 in plaintiff's FOIA Request, and the United States Department of State ("State"), Customs and Border Protection ("CBP"), Department of Justice ("DOJ"), Homeland Security ("DHS"), and Citizenship and Immigration Services ("USCIS") have completed searching, processing, and producing responsive, non-exempt documents, if any. *See* Dkt. No. 171. As the parties previously detailed at length, Immigration and Customs Enforcement ("ICE") and Plaintiff agreed on specific search terms, and as of October 2023, ICE completed processing and producing all remaining responsive documents. Accordingly, all defendants in this matter have now completed searching for, processing, and producing documents responsive to Plaintiff's FOIA Requests.

  **Current Status**

  Plaintiff has agreed to dismiss with prejudice all claims in this action (except for any claims for attorney's fees and costs) against the following agencies and/or components: DOJ, USCIS, and CBP. The agencies and/or components remaining in this action are therefore ICE, State, and DHS.

  As the parties also previously detailed, Plaintiff identified certain records produced by ICE, State, and DHS that contain redactions pursuant to various FOIA exemptions that Plaintiff might

---

[1] My apologies to the Court for not filing this on the due date of Friday, March 29; the parties had prepared this report but, due to my oversight, I did not file it on ECF.

challenge through a motion for summary judgment, and Plaintiff has asked the agencies to prepare draft Vaughn indices further explaining the bases for the exemptions.  As the parties previously noted: (1) DHS has provided Plaintiff a draft Vaughn index; and (2) ICE (a) conducted a re-review of the identified documents and, on February 15, 2024, reproduced to Plaintiff certain of those documents without redactions; (b) provided Plaintiff with the first iteration of a draft Vaughn index on February 16, 2024; and (c) was conferring with various other stakeholders about the remaining documents.

Since our last report to the Court:  (1) on March 15, 2024, State provided a draft Vaughn index to Plaintiff and reproduced certain documents without redactions; and (2) ICE is finalizing consultations with stakeholders and expects to provide an updated draft Vaughn index during the week of April 1.  The parties respectfully propose to file a further status update on May 1, 2024.

I thank the Court for considering this matter.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

By:   */s/ Ellen Blain*
        ELLEN BLAIN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel: (212) 637-2743
        Email:  ellen.blain@usdoj.gov

cc:  Counsel for Plaintiff (by ECF)