

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 2, 2024

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Re: *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*, No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

I write respectfully on behalf of both parties in the above-referenced FOIA action to provide a status update.[1]

**Background**

As the Court is aware, various defendant agencies and components agreed to conduct a search for documents responsive to Item Number 1 in Plaintiff's FOIA Request, and the United States Department of State ("State"), Customs and Border Protection ("CBP"), Department of Justice ("DOJ"), Homeland Security ("DHS"), and Citizenship and Immigration Services ("USCIS") have completed searching, processing, and producing responsive, non-exempt documents, if any. *See* Dkt. No. 171. As the parties previously detailed at length, Immigration and Customs Enforcement ("ICE") and Plaintiff agreed on specific search terms, and as of October 2023, ICE completed processing and producing all remaining responsive documents. Accordingly, all defendants in this matter have now completed searching for, processing, and producing documents responsive to Plaintiff's FOIA Requests.

**Current Status**

Plaintiff has agreed to dismiss with prejudice all claims in this action (except for any claims for attorney's fees and costs) against the following agencies and/or components: DOJ, USCIS, and CBP. The agencies and/or components remaining in this action are therefore ICE, State, and DHS.

As the parties also previously detailed, Plaintiff identified certain records produced by ICE, State, and DHS that contain redactions pursuant to various FOIA exemptions that Plaintiff might challenge through a motion for summary judgment, and Plaintiff has asked the agencies to prepare

[1] I apologize to the Court for my oversight in not filing this letter on July 1, 2024.

draft Vaughn indices further explaining the bases for the exemptions. As the parties previously noted: (1) DHS provided Plaintiff a draft Vaughn index; (2) on March 15, 2024, State provided a draft Vaughn index to Plaintiff and reproduced certain documents without redactions; and (3) ICE: (a) conducted a re-review of the identified documents and, on February 15, 2024, reproduced to Plaintiff certain of those documents without redactions; (b) provided Plaintiff with the first iteration of a draft Vaughn index on February 16, 2024; and (c) was conferring with various other stakeholders about the remaining documents.

Since our last report to the Court, ICE has provided an additional Vaughn index to Plaintiff; answered certain questions posed by Plaintiff; and continued to engage in consultations with stakeholders regarding the remaining documents. The parties respectfully propose to file a further status update on August 2, 2024.

I thank the Court for considering this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Ellen Blain*

ELLEN BLAIN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2743
Email: ellen.blain@usdoj.gov

cc: Counsel for Plaintiff (by ECF)