IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>              Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>              Defendants. | No. 1:17-cv-07572-ALC |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 1.4, the undersigned counsel, Alexia Ramirez, respectfully moves to withdraw as counsel for Plaintiff in this matter, as July 26, 2024 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight Institute will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

                                                          Respectfully submitted,

                                                          */s/ Alexia Ramirez*
                                                          Alexia Ramirez
                                                          Knight First Amendment Institute at
                                                              Columbia University
                                                          475 Riverside Drive, Suite 302
                                                          New York, NY 10115
                                                          (646) 745-8500
                                                          alexia.ramirez@knightcolumbia.org

Dated: July 26, 2024