AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Knight First Amendment Institute | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17 Civ. 7572 (ALC) |
| U.S. Dep't of Homeland Security et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date:   08/02/2024

/s/ Peter Aronoff
*Attorney's signature*

Peter Aronoff, NY bar no. 5070669
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

peter.aronoff@usdoj.gov
*E-mail address*

(212) 637-2697
*Telephone number*

(212) 637-2717
*FAX number*