

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 2, 2024

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

    Re:   *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
            No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

    I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the United States Attorney's Office for the Southern District of New York. The Government will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York who has appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

    I thank the Court for considering this matter.

                                  Respectfully,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                     By:   */s/ Ellen Blain*
                          ELLEN BLAIN
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, NY 10007
                          Tel: (212) 637-2743
                          Email: ellen.blain@usdoj.gov

cc: Counsel for Plaintiff (by ECF)