

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 6, 2025

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

    Re:   *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
           No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

    I represent Defendants (the "government") in the above-referenced FOIA action and write respectfully on behalf of all parties in the above-referenced FOIA action to provide a status update. As noted in our last status report, Plaintiff has reviewed all of the draft Vaughn indexes provided by the government and determined that it will not raise any additional challenges to the government's asserted FOIA exemptions. Therefore, the only remaining issue is attorneys' fees and costs. Plaintiff is continuing to prepare a demand and supporting documentation for the government's consideration. To allow the parties to discuss a potential resolution of this issue without the Court's intervention, the parties respectfully propose to file a further status update by July 10, 2025.

    I thank the Court for its attention to this matter.

                                          Respectfully,

                                          JAY CLAYTON
                                          United States Attorney

                       By:   */s/ Peter Aronoff*
                           PETER ARONOFF
                           Assistant United States Attorney
                           86 Chambers Street, 3rd Floor
                           New York, NY 10007
                           Tel: (212) 637-2697
                           Email: peter.aronoff@usdoj.gov

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 6, 2025
New York, NY

cc: Counsel for Plaintiff (by ECF)