

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 10, 2025

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

    Re:   *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
            No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

    I represent Defendants (the "government") in the above-referenced FOIA action and write respectfully on behalf of all parties in the above-referenced FOIA action to provide a status update. As noted in previous status reports, Plaintiff has reviewed all of the draft Vaughn indexes provided by the government and determined that it will not raise any additional challenges to the government's asserted FOIA exemptions. Therefore, the only remaining issue is attorneys' fees and costs. Plaintiff's lead counsel is currently on parental leave and so has requested additional time to finalize a demand and supporting documentation for the government's consideration. To allow the parties to discuss a potential resolution of this issue without the Court's intervention, the parties respectfully propose to file a further status update by October 9, 2025.

    I thank the Court for its attention to this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney

By:   */s/ Peter Aronoff*
       PETER ARONOFF
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, NY 10007
       Tel: (212) 637-2697
       Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiff (by ECF)