UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY,

                Plaintiff,

    -against-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                Defendants.

-------------------------------------------------------- x

1:17-cv-07572 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Per the parties' request, the Court ordered a joint status report be filed by October 9, 2025. ECF No. 256. With no extension request or other filing having been submitted, the Court *sua sponte* extends the deadline for the joint status report to **October 17, 2025**.

**SO ORDERED.**

Dated:   October 10, 2025
          New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   United States District Judge