

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

December 12, 2025

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
              No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

      I represent defendants (the "government") in the above-referenced FOIA action and write respectfully on behalf of all parties to provide a status update, as required by the Court's October 17, 2025 order, ECF No. 259.

      As we have previously noted, the only remaining issue is attorneys' fees and costs. Earlier this week, plaintiff provided a demand to the government along with supporting documentation. The government is now evaluating the demand and preparing a response. In order to allow the parties to discuss the prospect of consensual settlement, the parties respectfully propose to file a further status update within two months, or by February 12, 2026.

      I thank the Court for its attention to this matter.

                                    Respectfully,

                                    JAY CLAYTON
                                    United States Attorney

                By:    */s/ Peter Aronoff*
                        PETER ARONOFF
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, NY 10007
                        Tel: (212) 637-2697
                        Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiff (by ECF)