

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 12, 2026

<u>BY ECF</u>
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

>      Re:    *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
>             No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

I represent defendants (the "government") in the above-referenced FOIA action and write respectfully on behalf of all parties to provide a status update, as required by the Court's December 12, 2025 order, ECF No. 261.

As we have previously noted, the only remaining issue is attorneys' fees and costs. In early December, plaintiff provided a demand to the government along with supporting documentation. The government is evaluating the demand and preparing a response. In order to allow the parties to discuss the prospect of consensual settlement, the parties respectfully propose to file a further status update within two months, or by April 13, 2026.

I thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    */s/ Peter Aronoff*
      PETER ARONOFF
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Tel: (212) 637-2697
      Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiff (by ECF)