MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/13/26

February 12, 2026

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

    Re: *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.*,
         No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

    I represent defendants (the "government") in the above-referenced FOIA action and write respectfully on behalf of all parties to provide a status update, as required by the Court's December 12, 2025 order, ECF No. 261.

    As we have previously noted, the only remaining issue is attorneys' fees and costs. In early December, plaintiff provided a demand to the government along with supporting documentation. The government is evaluating the demand and preparing a response. In order to allow the parties to discuss the prospect of consensual settlement, the parties respectfully propose to file a further status update within two months, or by April 13, 2026.

    I thank the Court for its attention to this matter.

                              Respectfully,

                              JAY CLAYTON
                              United States Attorney

               By:   */s/ Peter Aronoff*
                              PETER ARONOFF
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, NY 10007
                              Tel: (212) 637-2697
                              Email: peter.aronoff@usdoj.gov

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 13, 2026
New York, NY

cc: Counsel for Plaintiff (by ECF)