

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 13, 2026

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

   Re: *Knight First Amendment Institute v. U.S. Dep't of Homeland Security et al.,*
     No. 17 Civ. 7572 (ALC)

Dear Judge Carter:

  I represent defendants (the "government") in the above-referenced FOIA action and write respectfully on behalf of all parties to provide a status update, as required by the Court's February 13, 2026 order, ECF No. 263. As we have previously noted, the only remaining issue is attorneys' fees and costs. In early December, plaintiff provided a demand to the government along with supporting documentation. The government has been evaluating the demand and preparing a response, a process that has been slowed by the lapse in annual appropriations for the U.S. Department of Homeland Security. However, over the past two weeks, the parties have had more detailed discussions about certain specific questions the government has raised about plaintiffs' demand, and have engaged in further settlement negotiations. In order to allow the parties to discuss the prospect of consensual settlement, the parties respectfully propose to file a further status update within two months, or by June 13, 2026.

  I thank the Court for its attention to this matter.

          Respectfully,

          JAY CLAYTON
          United States Attorney

    By: */s/ Peter Aronoff*
       PETER ARONOFF
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, NY 10007
       Tel: (212) 637-2697
       Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiff (by ECF)