UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY,

                  Plaintiff,

              -against-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                Defendants.

-------------------------------------------------------- x

1:17-cv-07572 (ALC)

**ORDER OF
DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty (30) days.

**SO ORDERED.**

**Dated:  August 11, 2026**

      **New York, New York**

                    **ANDREW L. CARTER, JR.
United States District Judge**