UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, <br><br>     Plaintiff, <br><br>         v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE, <br><br>     Defendants. | 17 Civ. 7572 (ALC) |

## <u>STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL</u>

WHEREAS, on August 7, 2017, plaintiff the Knight First Amendment Institute at Columbia University ("Plaintiff") submitted identical FOIA requests (the "Requests") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the U.S. Department of Homeland Security ("DHS"), along with its components U.S. Customs and Border Protection ("CBP"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS"), as well as the Department of Justice ("DOJ"), and Department of State ("State," and together with the other defendants, "Defendants");

WHEREAS, the Requests sought records "concerning the exclusion or removal of individuals from the United States based on their speech, beliefs, or associations," *see* ECF No. 1-1;

WHEREAS, on October 4, 2017, Plaintiff filed this action;

1

WHEREAS, the Defendants (including certain components) conducted searches, processed potentially responsive records, and produced the responsive, non-exempt portions of those records to Plaintiff;

WHEREAS, the parties cross-moved for summary judgment regarding certain issues, and the Court issued two opinions on these motions, *see Knight First Amend. Inst. at Columbia Univ. v. U.S. Dep't of Homeland Sec.*, 407 F. Supp. 3d 311 (S.D.N.Y. 2019) (ECF No. 140) and *Knight First Amend. Inst. at Columbia Univ. v. U.S. Dep't of Homeland Sec.*, 407 F. Supp. 3d 334 (S.D.N.Y. 2019) (ECF No. 141); Defendants moved for partial reconsideration, which the Court denied, *see Knight First Amend. Inst. at Columbia Univ. v. U.S. Dep't of Homeland Sec.*, No. 1:17-CV-7572 (ALC), 2020 WL 5512540 (S.D.N.Y. Sept. 13, 2020) (ECF No. 158); and Defendants then appealed, and the Court of Appeals resolved the appeal and remanded the matter for further proceedings, *see Knight First Amend. Inst. at Columbia Univ. v. United States Citizenship & Immigr. Servs.*, 30 F.4th 318 (2d Cir. 2022) (ECF No. 195);

WHEREAS, following this Court's resolution of certain issues on remand, certain Defendants engaged in additional searches and processed additional records;

WHEREAS, the parties agree that there are now no outstanding issues regarding Defendants' responses to the Request, *see* ECF No. 249;

WHEREAS, Plaintiff contend it is entitled to attorneys' fees and costs; and

WHEREAS, the only outstanding issue in this case is Plaintiff's claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1.      Within a reasonable time after the Court has endorsed and docketed this Stipulation and Order, Defendants shall pay to Plaintiff the total sum of forty-five thousand dollars ($45,000) for attorneys' fees and litigation costs. This payment shall constitute full and final satisfaction of any claims by Plaintiff for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer or transfers, and counsel for Plaintiff will provide the necessary information to counsel for Defendants to effectuate the transfers.

2.      Plaintiff releases and discharges Defendants, their components, and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiff asserted, or could have asserted, in this litigation arising out of Plaintiff's Request.

3.      This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4.      Nothing in this Stipulation and Order shall constitute an admission that Defendants are liable for any attorneys' fees or litigation costs, or that Plaintiff "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or are entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiff's view, be compensable as attorneys' fees or all of the litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims regarding attorneys' fees and litigation costs in this case and avoiding the expenses and risks of further litigation concerning Plaintiff's

3

claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiff under FOIA.

5.      This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6.    This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date:  New York, New York
           **August 10**   , 2026

By:  *Carrie DeCell*
      Carrie DeCell
      Knight First Amendment Institute
      475 Riverside Drive, Suite 302
      New York, New York 10115
      (646) 745-8500
      carrie.decell@knightcolumbia.org

      *Attorney for Plaintiff*

Date:  New York, New York
      August 10, 2026

      JAMES M. MCDONALD
      United States Attorney for the
      Southern District of New York

By:
      PETER ARONOFF
      Assistant U.S. Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2697
      Email: peter.aronoff@usdoj.gov
      *Attorney for Defendants*

SO ORDERED:

SO ORDERED:                   August 11, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE